## Speaker *et al.* v. Gafford.

APPEAL from the City Court of Birmingham.

Tried before the Hon. CHARLES A. SENN.

DENSON & TANNER, for appellants.

JOHN H. MILLER, for appellee.

This was a statutory action of ejectment brought by the appellee against the appellants to recover certain lots of land specifically described in the complaint. There were verdict and judgment in favor of the plaintiff. The defendant appeals.

The judgment is affirmed on the authority of *Gafford v. Speaker*, 125 Ala. 498.

Opinion by HARALSON, J.